IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE BROOKENS et al.<br><br>    Plaintiffs,<br><br> v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO.<br><br>    Defendant. | Civil Action No. 00-6087 |
| JEFFREY L. BROOKS SR., et al.<br><br>    Plaintiffs,<br><br> v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO.<br><br>    Defendant. | Civil Action No. 02-2725 |

**ORDER**

July __, 2002

  For the reasons stated from the bench on June 28, 2002, it is hereby ORDERED that:

1.  The motion of the plaintiffs in 02-2725 for injunctive relief to enforce the settlement is GRANTED;

1

2. The election to select the Executive Board of Transport Workers Union of Philadelphia, Local 234 ("Local 234"), shall take place on July 19, 2002; and

3. The trusteeship imposed upon Local 234 by defendant, Transport Workers Union of America, AFL-CIO ("the International Union"), shall be dissolved upon certification of the election results by the American Arbitration Association, or, in any event, by 4:00 P.M. on Monday, July 22, 2002.

_____

Pollak, J.