IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE BROOKENS et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO.<br><br>　　　　　Defendant. | Civil Action No. 00-6087 |
| JEFFREY L. BROOKS SR., et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO.<br><br>　　　　　Defendant. | Civil Action No. 02-2725 |

**ORDER**

July __, 2002

　　　For the reasons stated from the bench on July 17, 2002, it is hereby ORDERED that the motions of the plaintiffs, filed on July 12, 2002, for injunctive relief directing defendant

1

Transport Workers Union of America, AFL-CIO, not to remove the names of Jeffrey L. Brooks, Sr., and Steven Brooks from the ballot in the July 19, 2002, Local 234 election are DENIED.

_____

Pollak, J.