```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JEFFREY L. BROOKS, SR., et al.     :      CIVIL ACTION

      vs.                          :

TRANSPORT WORKERS UNION OF         :      NO. 02-2725
AMERICA, AFL-CIO                   :

<u>O R D E R</u>

**AND NOW, TO WIT:** This 21st day of October, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                    **MICHAEL E. KUNZ**, Clerk of Court

                                    **BY:**_____
                                          Donna M. Bozzelli
                                          Deputy Clerk

Copies FAXED on <u>10/21/03</u> to:   Copies Mailed on <u>10/21/03</u> to:
  Nancy B.G. Lassen, Esq.            Joseph J. Vitale, Esq.
                                      Howard J. Kaufman, Esq.
                                      Gail Lopez-Henriguez, Esq.
                                        Barry N. Kramer, Esq.

Civ 2 (7/83)

41.1(b)